UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                                                             :   Chapter 11
In re:                                                                                   :   Case Nos. 04-20319 (RDD)
                                                                                          :   03-23559 (RDD)
521 EAST 3RD STREET, LLC, and            :
S&S GRAPHICS, INC.,                           :
                              Debtors.      :
                                                                                           :
------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASES OF
## 521 EAST 3RD STREET, LLC AND S&S GRAPHICS, INC.

Upon the motion, by notice of presentment dated January 25, 2011 (the "Motion") of 521 East 3rd Street, LLC, and S&S Graphics, Inc., debtors and debtors-in-possession (together, the "Debtors"), by their attorneys, Windels Marx Lane & Mittendorf, LLP, for an order, pursuant to section 1112(b) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), dismissing the above-captioned chapter 11 cases and granting 521 East 3rd Street, LLC and S&S Graphics, Inc. such other, further or different relief as may be just and proper; and there being due and sufficient notice of the Motion; no opposition having been filed by any party in interest; and, due deliberation having been had, sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the chapter 11 case of 521 East 3rd Street, LLC, Chapter 11 case No. 04-20319 (RDD), is dismissed in accordance with section 1112(b) of the Bankruptcy Code; and

**IT IS FURTHER ORDERED** that the chapter 11 case of S&S Graphics, Inc., Chapter 11 case No. 03-23559 (RDD), is dismissed in accordance with section 1112(b) of the Bankruptcy Code; and

{40336009:1}

**IT IS FURTHER ORDERED** that on or before fourteen days after the entry of this Order, the Debtors shall pay all applicable amounts due and owing to the United States Trustee.

Dated: White Plains, New York
      February 22, 2011

                                  /s/Robert D. Drain
                                  HONORABLE ROBERT DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE